UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CIVIL ACTION NO. |
| | : | 3:16-CV-00678-MPS |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| RABBI DANIEL GREER, YESHIVA OF NEW | : | |
| HAVEN, INC., THE GAN SCHOOL, INC., | | |
| F.O.H., INC., EDGEWOOD VILLAGE, INC., | | |
| and EDGEWOOD ELM VILLAGE, INC., | : | |
| | : | |
| Defendants. | : | September 22, 2016 |

## JOINT STATUS REPORT

In response to the Court's July 12, 2016 Order, the parties hereby submit the

following status report:

(a)     Defendant's Motion to Quash the Deposition of Daniel Greer and Plaintiff's

Motion to Compel that deposition are pending before Magistrate Judge Martinez.

Discovery is scheduled to close on February 1, 2017.  Counsel are aware of no

circumstances that could potentially interfere with the parties' compliance with the

Scheduling Order;

(b)     At the appropriate time, referral to a United States Magistrate Judge may

be helpful;

(c)     The parties will not consent to a trial before a United States Magistrate

Judge;

(d)     The estimated length of the trial is 7 days.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF


September 22, 2016             BY s/Antonio Ponvert III
                              Antonio Ponvert III ct17516
                              Koskoff, Koskoff & Bieder, P.C.
                              350 Fairfield Avenue
                              Bridgeport, CT 06604
                              Tel: (203) 336-4421
                              Fax: (203) 368-3244
                              aponvert@koskoff.com


                              THE DEFENDANT


September 22, 2016             BY s/William J. Ward
                              William J. Ward ct10009
                              336 Torrington Road
                              P.O. Box 430
                              Litchfield, Connecticut 06759
                              Tel: (860) 567-2210
                              Fax: (860) 567-2218
                              billwardlaw@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/*_____
Antonio Ponvert III