UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 16cv00678 MPS |
| V. | : | |
| | : | |
| RABBI DANIEL GREER, YESHIVA OF NEW HAVEN, INC., THE GAN SCHOOL, INC., FOH., INC., EDGEWOOD VILLAGE, INC., and EDGEWOOD ELM VILLAGE INC., | : | |
| Defendants. | : | OCTOBER 14, 2016 |

## DEFENDANT'S REQUEST THAT THE COURT SET HIS DEPOSTION FOR OCTOBER 27, 2016 OR OCTOBER 28, 2016

By order dated October 11, 2016, this Court denied the defendant's motion to quash and ordered that the defendant's deposition take place on or before October 25, 2016. The parties were further ordered to advise the court of they were not able to agree on the scheduling the deposition. On October 12, 2016, the plaintiff unilaterally re-noticed the defendant's deposition for October 20, 2016. The plaintiff's counsel is scheduled for a trial on October 20, 2016 in Waterbury Superior Court: 300 Grand Street, Waterbury, Connecticut on Case bearing Docket Number UWY CV 14 6022397-S. The defendant's counsel requested that the deposition be scheduled for October 27, 2016. This request was denied. The defendant's counsel requested October 25, 2016 at 1 p.m. without consulting with his client, Rabbi Daniel Greer.

After consulting with his client, the defendant's counsel learned that the Religious Holiday of Sukkot begins on the evening of October 16, 2016 and ends on the evening of October 25, 2016. This event would prevent Rabbi Greer from attending a deposition

during that time period. The defendant's counsel immediately requested October 27, 2016 as a date to schedule the defendant's deposition. (See attached emails) In response, the plaintiff filed a request that this Court set a deposition date. The defendant respectfully request that the defendant's deposition be scheduled for October 27, 2016 or October 28, 2016 in response to that request.

RESPECTFULLY SUBMITTED
THE DEFENDANTS,

BY S/William J. Ward
William J. Ward
Ct 10009
336 Torrington Road
P.O. Box 430
Litchfield, Connecticut 06759
(860)567-2210
Telefax: 860-567-2218

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

s/William J. Ward
William J. Ward

**EXHBIT A**

**EXHBIT A**

**Subject:** Re: Mirlis v. Greer
**From:** William Ward (billwardlaw@sbcglobal.net)
**To:** APonvert@koskoff.com;
**Date:** Thursday, October 13, 2016 2:16 PM

I have just learned that there are religious holidays which prevent my client from being deposed from October 17-25th. Therefore, we may need to consult with a judge if you are not willing to go forward on the 27th. We are amenable to the 27th. Thank you.

William J. Ward
336 Torrington Road
P.O. Box 430
Litchfield, Connecticut 06759
Office: (860)567-2210
Cell: (860)294-1519
Fax: (860)567-2218
billwardlaw@sbcglobal.net

---

**From:** Antonio Ponvert <APonvert@koskoff.com>
**To:** William Ward <billwardlaw@sbcglobal.net>
**Sent:** Thursday, October 13, 2016 2:09 PM
**Subject:** RE: Mirlis v. Greer

That will not work. I need "one day of 7 hours", as allowed by the rules, and I will need more than that if, as I suspect, you and Greer attempt to impede or delay or frustrate the examination.

What date do you choose of the four remaining?

Antonio

**From:** William Ward [mailto:billwardlaw@sbcglobal.net]
**Sent:** Thursday, October 13, 2016 1:39 PM
**To:** Antonio Ponvert <APonvert@koskoff.com>
**Subject:** Re: Mirlis v. Greer

Antonio,

I have court the morning of the 25th but anytime after 1:00 would be fine. Thank you.

Bill

William J. Ward
336 Torrington Road
P.O. Box 430

Litchfield, Connecticut 06759
Office: (860)567-2210
Cell: (860)294-1519
Fax: (860)567-2218
billwardlaw@sbcglobal.net

---

**From:** Antonio Ponvert <APonvert@koskoff.com>
**To:** William Ward <billwardlaw@sbcglobal.net>
**Cc:** Sheila Chrzanowski <SChrzanowski@koskoff.com>
**Sent:** Thursday, October 13, 2016 12:41 PM
**Subject:** FW: Mirlis v. Greer

Bill,

The judge's order states that "[t]he deposition shall take place within 14 days of this order", and that we are to contact the Court if we are unable to agree on a date within that time frame. Fourteen days from October 11 is October 25. Your proposed date of the 27th is beyond the allowable time period. I am available on the following dates between now and the 25th.

October 18, 19, 20, 21, and 25.

I will keep all of these dates open until the end of today. Let me know your preference.

Note that the Court's order also requires Greer to produce all of the documents requested in the original Notices of Deposition. The Notice sent to you yesterday contains that same request.

Antonio

---

**From:** William Ward [mailto:billwardlaw@sbcglobal.net]
**Sent:** Wednesday, October 12, 2016 5:15 PM
**To:** Sheila Chrzanowski <SChrzanowski@koskoff.com>
**Cc:** Scheduling@SandersGaleAndRussell.com
**Subject:** Re: Mirlis v. Greer

Sheila:

I am trial in Waterbury, Connecticut on October 20, 2016. I am available on October 27, or October 20. Can you reschedule the matter to those dates. I am in receipt of the ruling and will meet with my client tomorrow.

Thank you for your anticipated cooperation.

Sincerely,


William J. Ward
336 Torrington Road
P.O. Box 430

Litchfield, Connecticut 06759
Office: (860)567-2210
Cell: (860)294-1519
Fax: (860)567-2218
billwardlaw@sbcglobal.net

---

**From:** Sheila Chrzanowski <SChrzanowski@koskoff.com>
**To:** William Ward <billwardlaw@sbcglobal.net>
**Cc:** "Scheduling@SandersGaleAndRussell.com" <Scheduling@sandersgaleandrussell.com>
**Sent:** Wednesday, October 12, 2016 4:44 PM
**Subject:** Mirlis v. Greer

See Notice of Deposition attached. Sheila


Sheila Chrzanowski
Assistant to Antonio Ponvert III
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tele: (203) 336-4421