UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 16cv00678 MPS |
| V. | : | |
| | : | |
| RABBI DANIEL GREER, YESHIVA OF NEW HAVEN, INC., THE GAN SCHOOL, INC., FOH., INC., EDGEWOOD VILLAGE, INC., and EDGEWOOD ELM VILLAGE INC., | : | |
| Defendants. | : | DECEMBER 7, 2016 |

## MOTION TO QUASH DEPOSITION AND PRODUCTION REQUEST OF SARAH GREER

Motion to Quash pursuant to the provisions of Rule 45 of the Federal Rules of Civil Procedure, the undersigned defendant, Daniel Greer, respectfully request the court quash the attached subpoena and notice of deposition of a non-party witness, Sarah Greer, dated November 14, 2016. This deposition was scheduled by agreement of the parties to be taken on December 12, 2016. At 10 a.m. at the Law Offices of Koskoff, Koskoff & Beider in New Haven, Connecticut.

On the evening of December 6, 2016, the undersigned received a telephone call from the defendant indicating that the proposed deponent had undergone biopsy on December 5, 2016 and was told that the results would be available within 14 days. The undersigned spoke with the proposed deponent on December 7, 2016 and she faxed the attached portion of a medical summary as proof of the biopsy. She also informed the undersigned that she has a medical appointment with her primary care physician on December 12, 2016 to discuss this matter with him.

On December 7, 2016, the undersigned contacted Attorney Ponvert to request that the deposition be moved to December 21, 2016. Other matters were also discussed during this conversation. Attorney Ponvert declined to move the deposition. The defendant, hereby request that the deposition be rescheduled to December 21, 2016. If that is not convenient, the undersigned request that it be rescheduled to December 22, 2016, December 29, 2016 or December 30, 2016.

THE DEFENDANTS,

BY S/William J. Ward
William J. Ward
Ct 10009
336 Torrington Road
P.O. Box 430
Litchfield, Connecticut 06759
(860)567-2210
Telefax: 860-567-2218

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

**s/William J. Ward**
William J. Ward

Result Summary (continued)

Instructions (continued)

- If you have excessive bleeding from the biopsied site, apply direct pressure over the area for 15 minutes. If the bleeding persists please call the office at 203-785-3466.

- If you have any problems or questions, please call 203-785-3466.

**BIOPSY RESULTS**

You should receive notification of your biopsy results by letter within 14 working days. If for some reason you do not get notification, please call the office and a nurse will get back to you promptly.

Yale Dermatologic Surgery
Telephone: 203-785-3466  Fax: 203-785-5256

## Sun Protection and Skin Cancer

From research conducted by us and others around the world, we have a very good understanding of how the sun causes basal cell cancer, squamous cell cancer, and melanoma. We also now understand how the sun causes premature aging of the skin. Ultraviolet rays from the sun cause abnormalities in the genes that control how a cell divides. When those abnormalities occur, it is as though a foot has been taken off the brake of a car. Cells divide more rapidly and can turn into skin cancer. Because we understand the role of the sun in causing skin cancer and premature aging of the skin (brown spots, wrinkles, lines, etc.) it is important to become familiar with strategies to reduce your sun exposure.

Listed below are several important steps you can take to begin to reduce your risk of developing skin cancer and aging skin. In many ways, sun protection behavior is similar to daily brushing to prevent cavities. Once you make sun protection habit, you will likely achieve the greatest benefit.
- Avoid the sun during peak hours between 10 AM and 4 PM. If you must be outdoors during those hours, seek shade.
- Choose a sunscreen that has a sun protection factor of 30 and provides broad-spectrum protection.
- Apply sunscreen every few hours while active in the sun. Make sure that you apply sunscreen to the tops of your ears and your lips in addition to the rest of your face and others unexposed areas.
- Reapply sunscreen after you have been in the water even if the label says "water resistant".
- Wear sun protective clothing and gear including a broad brimmed hat. There are many online companies that sell great clothing products that are comfortable and provide ultraviolet protection.
- Never use tanning booths.
- Pay special attention to the sun protection of young children as the effects of sun damage are cumulative. If children can minimize exposure to the harmful effects of the sun, it will yield benefits later in life.
- Conduct a self-skin exam on a regular basis and become familiar with the signs of skin cancer and melanoma. Any non-healing sores or moles that have changed in color, texture, shape or develop itching should be evaluated promptly by your dermatologist.
- Wear sunglasses that provide ultraviolet protection.
- See your dermatologist once a year for a full skin exam and once a year to examine sun exposed areas where the risk of skin cancer is the highest.

For ADDITIONAL INFORMATION, read TOTAL SKIN; The Definitive Guide to Whole Skin care for Life, available as a Kindle book on Amazon.