UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 16cv00678 MPS |
| V. | : | |
| | : | |
| RABBI DANIEL GREER, YESHIVA OF NEW HAVEN, INC., THE GAN SCHOOL, INC., FOH., INC., EDGEWOOD VILLAGE, INC., and EDGEWOOD ELM VILLAGE INC., | : | |
| Defendants. | : | DECEMBER 9, 2016 |

## MOTION FOR RECONSIDERATION OF MOTION TO QUASH DEPOSITION AND PRODUCTION REQUEST OF SARAH GREER

Motion to Quash pursuant to the provisions of Rule 45 of the Federal Rules of Civil Procedure, the undersigned defendant, Daniel Greer, respectfully request the court reconsider the motion to quash the attached subpoena and notice of deposition of a non-party witness, Sarah Greer, dated November 14, 2016. This deposition was scheduled by agreement of the parties to be taken on December 12, 2016. At 10 a.m. at the Law Offices of Koskoff, Koskoff & Beider in New Haven, Connecticut.

On the evening of December 6, 2016, the undersigned received a telephone call from the defendant indicating that the proposed deponent had undergone biopsy on December 5, 2016 and was told that the results would be available within 14 days. The undersigned spoke with the proposed deponent on December 7, 2016 and she faxed the attached portion of a medical summary as proof of the biopsy. She also informed the undersigned that she has a medical appointment with her primary care physician on December 12, 2016 to discuss this matter with him.

On December 7, 2016, the undersigned contacted Attorney Ponvert to request that the deposition be moved to December 21, 2016. Attorney Ponvert declined to move the deposition. The motion to quash was filed on December 7, 2016. The motion was denied on December 8, 2016 and Ms. Greer was ordered to attend the deposition on December 12, 2016.

On the evening of December 8, 2016, the undersigned spoke with Ms. Greer and informed of the denial of the motion to quash and her request to move the deposition to December 21, 22, 29 or 30, 2016. The undersigned also informed her that she must attend the deposition in New Haven on December 12, 2016 as ordered.

Mrs. Greer is not a named defendant to the action. As such, she has requested that I file a motion for reconsideration so that she can obtain independent counsel to represent her in this matter.

The defendant, hereby request that the deposition be rescheduled to December 21, 2016. If that is not convenient, the undersigned request that it be rescheduled to December 22, 2016, December 29, 2016 or December 30, 2016.

THE DEFENDANTS,

BY S/William J. Ward
William J. Ward
Ct 10009
336 Torrington Road
P.O. Box 430
Litchfield, Connecticut 06759
(860)567-2210
Telefax: 860-567-2218

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                          **s/William J. Ward**
                                          William J. Ward