UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CIVIL ACTION NO. |
| | : | 3:16-CV-00678-MPS |
| Plaintiff, | : | |
| V. | : | |
| RABBI DANIEL GREER AND YESHIVA OF NEW HAVEN, INC., | : | |
| Defendants. | : | MAY 9, 2017 |

**STIPULATION RE: LIFE EXPECTANCY**

The parties hereby stipulate that the Plaintiff is expected to live for an additional fifty-five and one half (55.5) years for a total life expectancy of eighty-four and one half (84.5) years.

Respectfully submitted,

BY s/Antonio Ponvert III
ANTONIO PONVERT III ct17516
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
Tel: 203-336-4421
(203)368-3244 (facsimile)
aponvert@koskoff.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

**/s/**_____
Antonio Ponvert III