UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIYAHU MIRLIS, | : | CASE NO. 3:16-cv-00678 (MPS) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RABBI DANIEL GREER and YESHIVA OF NEW HAVEN, INC., | : | |
| | : | |
| | : | |
| Defendants. | : | May 9, 2017 |

## DANIEL GREER'S ANSWER TO THIRD AMENDED COMPLAINT

### I.  Jurisdiction and Venue

1. The defendant Daniel Greer ("defendant") lacks sufficient knowledge or information to determine the truth of the in paragraph 1 of the complaint.
2. The defendant lacks sufficient knowledge or information to determine the truth of the in paragraph 2 of the complaint.
3. The defendant denies the allegations of paragraph 3 in that it fails to identify Yeshiva of New Haven, Inc. as non-profit.  The defendant admits the balance of paragraph 3 of the complaint.
4. The defendant lacks sufficient knowledge or information to determine the truth of the in paragraph 4 of the complaint.
5. Admitted that the defendants reside or are incorporated in this District.  Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the remainder of this paragraph.
6. This paragraph sets forth a conclusion of law to which no response is required.  However, to the extent a response is required, upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

### II.  Parties

7. Admitted that Greer was the dean, president and director in the listed years.  The remaining allegations contained in this paragraph are denied.

{N5354884}

8. Denied.
9. The defendant denies the allegations of paragraph 9 to the extent that it asserts there was a high school for girls at the times mentioned in the complaint while the plaintiff was a student at the high school. The defendant denies the allegation of paragraph 9 as it applies to the elementary school. The defendant admits the balance of the allegations of paragraph 9 of the complaint.
10. Admitted.
11. Admitted.

### III.  First Claim for Relief (Negligence Against Yeshiva):

12. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
13. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
14. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
15. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
16. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
17. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
18. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
19. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
20. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

21. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
22. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
23. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
24. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
25. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
26. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
27. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
28. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
29. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the allegations of this paragraph regarding the defendants' alleged actions or omissions. The defendant lacks sufficient knowledge or information to determine the truth of the remaining allegations in paragraph 29 of the complaint.
30. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the allegations of this paragraph regarding the defendants' alleged actions or omissions. The defendant lacks sufficient knowledge or information to determine the truth of the remaining allegations in paragraph 30 of the complaint.
31. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the allegations of this paragraph regarding the defendants' alleged actions or omissions. The defendant lacks sufficient knowledge or information to determine the truth of the remaining allegations in paragraph 31 of the complaint.

32. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the allegations of this paragraph regarding the defendants' alleged actions or omissions. The defendant lacks sufficient knowledge or information to determine the truth of the remaining allegations in paragraph 32 of the complaint.

33. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer the allegations of this paragraph regarding the defendants' alleged actions or omissions. The defendant lacks sufficient knowledge or information to determine the truth of the remaining allegations in paragraph 33 of the complaint.

34. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

## IV. Second Claim for Relief (Recklessness against Greer and Yeshiva):

1. The defendant hereby incorporates his responses to paragraphs 1-34 as if fully set forth herein.

2. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

3. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

4. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

5. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

## V. Third Claim for Relief (Negligent Infliction of Emotional Distress against Yeshiva):

1. The defendant hereby incorporates his responses to paragraphs 1-34 as if fully set forth herein.

2. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

3. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

4. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
5. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

VI. **Fourth Claim for Relief (Intentional Infliction of Emotional Distress against Greer and Yeshiva):**
1. The defendant hereby incorporates his responses to paragraphs 1-34 as if fully set forth herein.
2. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
3. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
4. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
5. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

VII. **Fifth Claim for Relief (Sexual Assault and Battery against Daniel Greer):**
1. The defendant hereby incorporates his responses to paragraphs 1-34 as if fully set forth herein.
2. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
3. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.
4. Upon the advice of counsel, the defendant invokes his right, under the 5th Amendment to the United States Constitution and the Connecticut Constitution, and on that basis declines to answer this paragraph.

**DEFENDANT DANIEL GREER,**

By: /s/ David T. Grudberg
David T. Grudberg (ct01186)
Amanda C. Nugent (ct27584)
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dgrudberg@carmodylaw.com
E-mail: anugent@carmodylaw.com

William J. Ward (ct10009)
336 Torrington Rd.
PO Box 430
Litchfield, CT  06759
Telephone:  (860) 567-2210
Facsimile:  (860)567-2218
E-mail:  billwardlaw@sbcglobal.net

*Their Attorneys*

{N5354884}

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Answer to Third Amended Complaint was filed electronically on May 9, 2017.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

      /s/ Amanda C. Nugent
     Amanda C. Nugent

{N5354884}