UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELIYAHU MIRLIS

       v.                                               CASE NO. 3:16CV678(MPS)

DANIEL GREER, *Rabbi*
YESHIVA of NEW HAVEN, INC.
GAN SCHOOL, INC.
F.O.H., INC.
EDGEWOOD VILLAGE, INC.
EDGEWOOD ELM VILLAGE, INC.

## **JUDGMENT**

This action came before the court for a trial by jury before the Honorable Michael P. Shea, United States District Judge. On May 18, 2017, after deliberation, the jury returned a verdict in favor of the plaintiff, Eliyahu Mirlis, awarding $15,000,000 in compensatory damages and finding that punitive damages should be awarded for the plaintiff's recklessness, intentional infliction of emotional distress, and assault and battery claims. The Court, having considered the applicable law and having reviewed plaintiff's submissions concerning punitive damages and offer-of-compromise interest, awards common law punitive damages in the amount of $5,000,000 and offer-of-compromise interest in the amount of $1,749,041.10.

Further, on April 12, 2017 the defendants Gan School, FOH, Inc., Edgewood Village, Inc., and Edgewood Elm Village, Inc. were dismissed in the amended complaint; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment is entered in favor of the plaintiff and against Daniel Greer and Yeshiva of New Haven, Inc. in the amount of $15,000,000 in compensatory

damages, $5,000,000 in common law punitive damages, and $1,749,041.10 in offer-of-compromise interest as of June 6, 2017, for a total of $21,749,041.10.

Dated at Hartford, Connecticut, June 6, 2017.

ROBIN D. TABORA, Clerk

By    /s/
Devorah Johnson
Deputy Clerk

EOD  6/6/17