**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELIYAHU MIRLIS,

     Plaintiff,                          No. 3:16-cv-00678 (MPS)

v.

DANIEL GREER, ET AL.

     Defendants.

### Further Status Report Regarding Supplement to Standing Protective Order

At a hearing on December 8, 2017, this Court directed the parties to discuss and review their issues regarding a supplement to the Standing Protective Order and to provide a status report to the Court which has been extended to January 12, 2018.  Since the last report, the parties have engaged in multiple discussions via email and a phone discussion reviewing the terms of a revised protective order.   Earlier today, the undersigned counsel forwarded a redlined protective order for the Defendants' counsel to review and counsel for the Defendants' forwarded a list of some of the documents that they received from their client for review

The parties request that the Court provide the parties until January 26, 2018 to complete their efforts and report back to the Court on further developments. If they are unable to or are not close to being able to reach a resolution at that time, the parties may request that the Court rule on pending matters and submit competing protective orders for the Court's review.

This status report is filed with the consent of counsel for the Defendants, Jeffrey M. Sklarz.

Dated at Bridgeport, Connecticut, this 12th day of January , 2018.

                    THE PLAINTIFF,
                    ELIYAHU MIRLIS

              By:*/s/ Matthew K. Beatman*
                  Matthew K. Beatman (ct08923)

Zeisler & Zeisler, P. C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Tel: (203) 368-4234
Fax: (203) 367-9678
Email: mbeatman@zeislaw.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on January 11, 2018 a copy of the foregoing Status Report Regarding Supplement to Standing Protective Order was served upon all appearing parties with access to the CM/ECF System by operation of the Court's electronic notification system.

 /s/ Matthew K. Beatman
Matthew K. Beatman (ct08923)
Zeisler & Zeisler, P. C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Tel: (203) 368-4234
Fax: (203) 367-9678
Email: mbeatman@zeislaw.com
His attorneys