UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIYAHU MIRLIS,

      Plaintiff,                                      No. 3:16-cv-00678 (MPS)

v.

DANIEL GREER, ET AL.

      Defendants.                                    March 19, 2018

**Further Status Report Regarding Supplement to Standing
Protective Order and Motion for Execution**

      At a hearing on December 8, 2017, this Court directed the parties to discuss and review their issues regarding a supplement to the Standing Protective Order and to provide a status report to the Court which has been extended to March 16, 2018. This report is filed belatedly because the undersigning counsel was out sick on Friday and counsel to both sides had been communicating prior to that and again through the weekend in an attempt to reach a stipulation, but have been unable to do so.

      Accordingly, the parties request that Defendants have until March 23, 2018 to file a supplemental position paper concerning the issuance of executions and Plaintiff have until March 30, 2018 to file any response.

      Despite the impasse, counsel for the parties have been working to completely post-judgment production and collection issues, in both this matter pending state court judgment lien foreclosure proceedings.

      Additionally, the Plaintiff is reviewing substantial financial information produced by the Defendant and a proposal regarding post-judgment payments. Plaintiff has requested an inspection of the Yeshiva property and Greer's personal residence, which will occur this week.

This status report is filed with the consent of counsel for the Defendant, Jeffrey M. Sklarz, Esq.

.

                THE PLAINTIFF,
                ELIYAHU MIRLIS

      By:*/s/ Matthew K. Beatman*
          Matthew K. Beatman (ct08923)
          Zeisler & Zeisler, P. C.
          10 Middle Street, 15th Floor
          Bridgeport, CT  06604
          Tel: (203) 368-4234
          Fax: (203) 367-9678
        Email: mbeatman@zeislaw.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on March 19, 2018 a copy of the foregoing Status Report Regarding Supplement to Standing Protective Order and Motion for Execution was served upon all appearing parties with access to the CM/ECF System by operation of the Court's electronic notification system.

                /s/ Matthew K. Beatman