**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELIYAHU MIRLIS,<br>  plaintiff, | :<br>:<br>: |
| v. | : Civil No. 3:16-cv-00678(AVC) |
| DANIEL GREER, et al.,<br>  defendants. | :<br>:<br>: |

## ORDER OF TRANSFER

In the interests of justice, the above-identified case is hereby transferred to the Honorable Kari A. Dooley. The parties shall file all further pleadings and documents in this matter with the clerk's office in Bridgeport, Connecticut.

It is so ordered this 15th day of July 2021, at Hartford, Connecticut.

/s/
Alfred V. Covello
United States District Judge